JUDGE CAPRONI

# DOCUMENTS TO BE SEALED

## PLAINTIFF

## -V-

## DEFENDANT

DOCKET NUMBER: 19 CV 11076

FILED U.S. DISTRICT COURT
2019 DEC -3 PM
S.D. OF N.Y.

DATE FILED: DEC 0 3 2019

SIGNED BY: JUDGE MARRERO

DATE SIGNED: NOV 2 7 2019

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

____ OTHER DOCUMENTS / EXHIBITS